IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CANDICE WILHELM, individually and on behalf of all others similarly situated,<br><br>                *Plaintiff*,<br>v.<br><br>PLAID INC.,<br>                *Defendant*. | Case No.: 1:24-cv-1242<br><br>District Judge LaShonda A. Hunt<br><br>Magistrate Judge Keri L. Holleb Hotaling |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday March 7, 2024 at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Defendant Plaid Inc. ("Plaid") will appear before Judge LaShonda A. Hunt, or any judge sitting in her stead in Courtroom 1425 of the United States District Court, Northern District of Illinois, Eastern Division at 219 South Dearborn Street, Chicago, Illinois and there present Plaid's Unopposed Motion for Extension of Time to Answer or Otherwise Plead [Dkt. 7].

Dated: March 4, 2024

/s/ *Nick Kahlon*
Nick Kahlon
John K. Theis
Blake Kolesa
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone:   (312) 471-8700
Facsimile:   (312) 471-8701
nkahon@rshc-law.com
jtheis@rshc-law.com
bkolesa@rhsc-law.com

*Counsel for Plaid Inc.*