IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CANDICE WILHELM, individually and on behalf of all others similarly situated,<br><br>     *Plaintiff*,<br>v.<br><br>PLAID INC.,<br><br>     *Defendant*. | Case No.: 1:24-cv-1242<br><br>District Judge LaShonda A. Hunt<br><br>Magistrate Judge Keri L. Holleb Hotaling |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday March 28, 2024 at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Defendant Plaid Inc. will appear before Judge LaShonda A. Hunt, or any judge sitting in her stead in Courtroom 1425 of the United States District Court, Northern District of Illinois, Eastern Division at 219 South Dearborn Street, Chicago, Illinois and there present Plaid Inc.'s Motion to Dismiss Plaintiff's Complaint, ECF No. 10.

Dated: March 25, 2024         Respectfully submitted,

                 By: /s/ Nick Kahlon

                 Nick Kahlon
                 John K. Theis
                 Blake Kolesa
                 RILEY SAFER HOLMES & CANCILA LLP
                 70 West Madison Street, Suite 2900
                 Chicago, Illinois 60602
                 Telephone: (312) 471-8700
                 Facsimile: (312) 471-8701
                 nkahlon@rshc-law.com
                 jtheis@rshc-law.com
                 bkolesa@rhsc-law.com

                 *Counsel for Plaid Inc.*