# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Candice Wilhelm, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>Plaid, Inc.<br><br>                Defendant. | Case No. 24-CV-01242<br><br>Hon. LaShonda A. Hunt<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Now comes Plaintiff, Candice Wilhelm, by and through Counsel, and notifies the Court and Defendant of the dismissal of this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: April 23, 2024

                                            Respectfully submitted,

                                            *Michael L. Fradin*
                                            Michael L. Fradin, Attorney at Law
                                            8401 Crawford Ave. Ste. 104
                                            Skokie, IL 60076
                                            P: 847-986-5889
                                            F: 847-673-1228
                                            mike@fradinlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2024 a true and complete copy of the forgoing was served upon all necessary parties through the Court's Electronic Filing

system.

/s/  *Michael L. Fradin*